IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 12–cv–01518–RM–KMT

MARY MORAN,

    Plaintiff,

v.

HOME DEPOT U.S.A, INC., and
JOHN DOE,

    Defendants.

## MINUTE ORDER

### ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA

In light of Defendants' Response indicating that they consent to Plaintiff's proposed amendments pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiff's Motion to Amend the Complaint (Doc. No. 29, filed May 14, 2013) is GRANTED.  The Clerk of Court is directed to file Plaintiff's First Amended Complaint (Doc. No. 29-2).

Dated: May 17, 2013