**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

**Civil Action No. 12-cv-01518-RM-KMT**

MARY MORAN,

        Plaintiff,

v.

HOME DEPOT U.S.A., INC.,

        Defendant.

**ORDER DISMISSING CASE WITH PREJUDICE**

The Court, having reviewed the Stipulated Dismissal with Prejudice and being fully advised, hereby ORDERS as follows:

1. The above-captioned matter is DISMISSED WITH PREJUDICE; and
2. Each party shall bear her or its own costs and attorneys' fees.

DATED this 9th day of July, 2013.

                                      BY THE COURT:

                                      RAYMOND P. MOORE
                                      United States District Judge